# DIVIDENDS REMITTED TO THE COURT

Case Number 08-13228 - KOHMAN, MICHAEL DEAN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Cotton ONeil Clinic<br>901 S W Garfield Ave<br>Topeka KS 66606-1670 | 000002 | 158.22 | 4.71 |
| ---------- Remittance Total -------------- | | 158.22 | 4.71 |

*[signature]*

STEVEN L. SPETH, Trustee